**FILE COPY**



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

December 11, 2018

Brooks Barfield, Jr.
BARFIELD LAW FIRM
P. O. Box 308
Amarillo, TX 79105-0308
* DELIVERED VIA E-MAIL *

Erin Odle-Baird
Assistant Criminal District Attorney
235 East 3rd Street, Room 401
Hereford, TX 79045
* DELIVERED VIA E-MAIL *

**RE:** Case Number:  07-18-00159-CR, 07-18-00160-CR, 07-18-00161-CR, 07-18-00162-CR, 07-18-00163-CR; Trial Court Case Number: CR-17H-112

**Style:** Jesus Gonzalez v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:    Honorable Roland D. Saul (DELIVERED VIA E-MAIL)
       Elaine Gerber (DELIVERED VIA E-MAIL)